In the Matter of the Claim of DOROTHY GLICKMAN, Respondent, v. NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.